DOCUMENT 4

DC 2018-900052
DC 2018-900051

## AFFIDAVIT FOR SEARCH WARRANT

(X) STATE OF ALABAMA                              IN THE DISTRICT COURT
          VS                                     OF RANDOLPH COUNTY
Gregory Jack Almond, ALIAS
DEFENDANT

**Before me, Amy Newsome, Judge of the District Court, the undersigned
authority, personally appeared Agent Kevin Walker, who being by me first duly
sworn, deposes and says the following:**

My name is Kevin Walker and I am employed with the Wedowee Police
Department and I am currently assigned to Randolph County Narcotics Unit as an Agent.
I have been employed as a law enforcement officer for approximately 20 years and have
approximately 10 years experience in the investigation of illegal drug activity.  I have
attended training relating to illegal narcotics on at multiple occasions. I have also been
involved in the investigation of illegal narcotics on thousands of cases. Based upon my
training and experience, I know that illegal narcotics can be hid in numerous locations
including hidden compartments in vehicles and homes.

Based upon my training and experience as a narcotics investigator, I know the
following:

a.  Persons who engage in the sale or distribution of controlled
     substances, will often keep records of their drug activities. This
     information can be located on electronic devices such as computers,
     computer disks, compact disks, alphanumeric pagers, cellular
     telephones, personal digital assistants (PDA's), answering machines or
     caller ID devices.
b.  Persons who engage in the sale or distribution of controlled
     substances, will often keep documentary evidence of their drug
     activities including items such as: records, notes, drug ledgers, seller
     lists, buyer lists, address books, storage unit receipts, and pictures or
     videos.

c.  Persons who engage in the sale or distribution of controlled
     substances, will retain evidence of their wealth or an investment of
     drug profits including items such as real estate documents, bank
     records, titles to assets, loan documents, mortgage records, personal
     financial statements, income tax returns, travel records, stock records,
     insurance records, and financial instruments such as certificates of
     deposit, IRA's, bonds and passbooks.
d.  Persons who engage in the sale or distribution of controlled
     substances, will often keep paraphernalia for packaging, diluting,
     weighing and distributing their drugs including such items as: scales,
     plastic bags, and diluting agents.

Page 1 of 2

Filed in Office
FEB 0 2 2018
CHRIS MAY
Clerk of Circuit Court

e.  Persons who engage in the sale or distribution of controlled substances, will often attempt to legitimize their profits from the sales of drugs by utilizing banks and their attendant services, cashier checks, money drafts, money orders, wire transfers, real estate purchases and business purchases, real and fictitious.

On this Wednesday, the 31ᵗʰ day of January, 2018, The Randolph County Narcotics Unit was contacted by Deputy Nathanial Morrow. Deputy Morrow advised he had gone to ████████, Woodland, AL 36280 to serve a Greg Almond with a civil paper. When he arrived at the residence he exited his vehicle and proceeded to the carport door on the residence. He knocked on door and a female answered. Deputy Morrow asked if Greg Almond was at home and she stated no he would be back soon. As Morrow was talking to female he could smell a loud odor of Marijuana coming from the residence. Deputy Morrow has been trained in various types of drugs. After Morrow contacted the Narcotics unit we met with him to make sure of his statement.

Due to the facts set forth herein and the totality of the circumstances, I believe that it is reasonable to believe that illegal narcotics, including but not limited to marijuana, is currently being stored in the residence known as the residence of Gregory Jack Almond, Alias, located at ████████████, Woodland, Randolph County, Al, 36280. I further believe that probable cause exists for the issuance of a search warrant for the residence located at ████████████, Woodland, Randolph County, Al, as further described and affixed in the accompanying search warrant. The search warrant is to include the residence described, the curtilage, any and all out buildings, any vehicles on the curtilage and all packs, cases where illegal narcotics could be located.

**Affiant shows that based on the above and foregoing facts and information, Affiant has probable cause to believe that the above described property is concealed upon the aforesaid premises, person, and vehicle and is subject to seizure and makes this affidavit so that a warrant may be issued to search said premises, persons, and vehicles.**

_____
Signature
**Agent, RCNU**

**Sworn to and subscribed before me this the 2nd day of February, 2018**

_____
**Randolph County District Judge**

**Page 2 of 2**

# DIAGRAM TO SEARCH WARRANT

STATE OF ALABAMA

      V

Gregory Jack Almond, ALIAS
Defendant

      Before me, Amy Newsome, Judge of the District Court of Randolph County, Alabama personally appeared Narcotics Agent Kevin Walker, who being duly sworn, deposes and says that the following diagram is a true representation of that certain property otherwise known as: The residence known as the residence of Gregory Jack Almond, alias, located at ███████████████ Woodland, Randolph County, Al.

## NOT DRAWN TO SCALE



_____
Signature of Affiant

<u>Narcotics Agent, RCNU</u>
Title and Agency

Sworn to and subscribed before me this 2nd day of February, 2018

_____
Judge / Magistrate

## SEARCH WARRANT

**(X) STATE OF ALABAMA**
**VS.**
**Gregory Jack Almond, ALIAS**
**DEFENDANT**

**IN THE DISTRICT COURT**
**OF RANDOLPH COUNTY**

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

    Affiant in support of a search warrant having been issued before me, and the Court's finding that grounds for the issuance exists or that there is probable cause to believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, you are hereby ordered and authorized to forthwith search:

    **THE FOLLOWING PERSON OR PLACE:** The residence of Gregory Jack Almond, alias, located at ███████████, Woodland, Randolph County, Al. The property is described as an Ivory and Red House. Directions to the premises are as follows: Traveling East on County Road 64 Turn right onto County Road 71 going south and it will be the fifth residence on the right. The residence will be located at ███, ███████, Woodland, Randolph County, Al 36280. (Map attached). The search warrant is to include the property described, the curtilage, all bags, packs, cases, compartments, containers, any vehicles on the curtilage and out buildings.

    **FOR THE FOLLOWING PROPERTY:** any illegal narcotics including marijuana, drug paraphernalia, firearms and U.S. Currency derived from the sale of such as enumerated in Schedule I through V, Code of Alabama and make return of this warrant and inventory of all property seized there under before me within Ten (10) days as required by law.

    ( X ) This warrant may only be executed in the Daytime hours of 7 a.m. and 7 p.m.

    ( ) The Court finds probable cause to believe that a nighttime search is necessary and this warrant may be executed at any time of the day or night.

**ISSUED TO: Narcotics Agent Kevin Walker, Randolph County Narcotics Unit** at ___2:04___ o'clock pm, this the 31st day of January, 2018.

_____
Judge

## RETURN AND INVENTORY

I certify that I executed the foregoing Search Warrant as described therein by searching the person or place therein described at 2:04 o'clock p.m., January 31st, 2018 and:

( ) did not find any property located thereon.

or

(x) Found and seized the following described property and made return of same to the Court at 8:30 o'clock _am_, :

SEE INVENTORY

( X ) Copy of warrant and endorsed copy of inventory left in accordance with Rule 3.11 (a) Alabama Rules of Criminal Procedure.

DATE: _07/02/18_                   _____
                                    Signature of Officer

                                    **Agent, RCNU**
                                    Title and Agency

## RECEIPT

I acknowledge receipt of return of the foregoing Search Warrant and all items, if any, noted on the foregoing inventory, at the date and time noted above.

DATE: _2/2/2018_                   _____
                                    Judge

# RANDOLPH COUNTY NARCOTICS UNIT
## INVENTORY SHEET

DEFENDANT/SUSPECT _Greg Almond_

DATE OF SEARCH/SEIZURE _01/31/18_

OFFICERS PRESENT _Clark_     _Johnson_
_Welker_     _Morrow_
_Moore_     _Sheppard_
_Strong_

INVENTORY OFFICER _Khalilov_
_House_

ADDRESS ▬▬▬▬▬▬▬▬

TIME ENTERED _204 PM_  TIME EXITED _545 PM_

DEPT. _RCNU_
_RCSO_

DEPT. _RCNU_

| ITEM # | EVIDENCE | LOCATION FOUND | OFFICER |
|---|---|---|---|
| 1 | Corner baggie, smoking pipe | Back Bedroom | Walker |
| 2 | Box with Marij. grow supplies | " " | |
| 3 | Pill bottle 3 pills end 1 controlled | " " | |
| 4 | White envelope with $2,450.00 in US Currency | Safe in Living Room | |
| 5 | 1600 in US Currency in Money bag | " " " | |
| 6 | Plastic bag containing Marij. Seeds, tweezers and open cigarellos, Pill bottle with Marij. Seeds | Bedroom Big SAG " " " | |
| 7 | 2 boy cannabis oil vape ends 1 empty | " " " | |
| 8 | 2 vape ends with cannabis oil (Purse) | " " " | |
| 9 | Pill bottle with Marij. small 1 Joint | Master bedroom | |
| 10 | Ammo can with Marij. shake | " " | |
| 11 | 2 cell Phones | " " | |
| 12 | Live Marij. Grow | Small Bedroom | |
| 13 | Scales & Black Planter | " " | |
| 14 | Glass smoking device | Living Room | |
| 15 | Pen tube with powder residue | Kitchen | |
| 16 | Ammo can with Marij. | outside in grill | |
| 17 | Stop sign | Shop Window | |
| 18 | Yeti cooler with Marij. leaves | | |

# RANDOLPH COUNTY NARCOTICS UNIT
## INVENTORY SHEET

DEFENDANT/SUSPECT _Greg Almond_

DATE OF SEARCH/SEIZURE _01/31/18_

OFFICERS PRESENT _RCNU_

ADDRESS ████████████

TIME ENTERED _2:24 PM_ TIME EXITED _2:45 PM_

DEPT. _RCNU_

_RCSD_

INVENTORY OFFICER _____

DEPT. _RCNU_

| ITEM # | EVIDENCE | LOCATION FOUND | OFFICER |
|---|---|---|---|
| 1 | Black tub with misc. ammo | From house | Walker |
| 2 | Springfield Flintlock Rifle | Bedroom outside Safe | |
| 3 | 12ga Single Shot Ser#126234 | " " " | |
| 4 | JC Higgins Model 1011 Single Shot 12ga. | " " " | |
| 5 | Stevens Model 87A .22 | " " " | |
| 6 | Savage No Bolt F020927 | " " " | |
| 7 | Single Shot 12ga | " " " | |
| 8 | inner Arms 38 special Ser 211683 | " " " | |
| 9 | SKS F132523 | Inside Safe Bedroom | |
| 10 | Marlin 22 Mod 39A Lever Action | " " | |
| 11 | Marlin mod 336CS 30-30 | " " | |
| 12 | H&R 410 ser# AW298263 | " " | |
| 13 | Browning light 12 semiauto 41499 | " " | |
| 14 | New England Firearms 410 NK444267 | " " | |
| 15 | H&R M48 #I57751 | " " | |
| 16 | Mossberg 22 mod 350 KA | " " | |
| 17 | Savage 22 #0212423 | " " | |
| 18 | Browning Medallion 7mm 08 13050NP361 | " " | |
| 19 | Marlin 17cal # 98648614 | " " | |
| 20 | Winchester mod 94 30-30 #8114405 | " " | |
| 21 | Optima 50 cal muzzle loader # | " " | |
| 22 | Mossberg 835 # UM517030 | " " | |
| 23 | Ruger m77 7mm 08 #78938241 | " " | |
| 24 | New England Arms 308 #NT291877 | " " | |
| 25 | Taurus .40 #SDU30678 | Bedroom Night Stand | |
| | | Mosley | 3+18 |
| | | 8:45 PM | |

PAGE _____ OF _____

## RANDOLPH COUNTY NARCOTICS UNIT
## INVENTORY SHEET

DEFENDANT/SUSPECT _Greg Almond_     ADDRESS _____

DATE OF SEARCH/SEIZURE _1-31-18_     TIME ENTERED _2049_ TIME EXITED _545 PM_

OFFICERS PRESENT _RCNU_     DEPT. _RCNU_

INVENTORY OFFICER _____     DEPT. _____

| ITEM # | EVIDENCE | LOCATION FOUND | OFFICER |
|---|---|---|---|
| 1 | American Tactical AR N5004956 | Den safe | Walker |
| 2 | Bushmaster AR BFI T031582 | " " | |
| 3 | Savage 22250 # K460575 | " " | |
| 4 | Mossberg mod 500A #L969197 | " " | |
| 5 | H+R # 858042 | " " | |
| 6 | Rink scintef 221 # 082815 | " " | |
| 7 | Browning Medallion 7mm 08 #83136NZ2M7 | " " | |
| 8 | Taurus 380 17653B | " " | |
| 9 | Colt Agent 38 F89947 | " " | |
| 10 | Taurus Public Defender DW302792 | " " | |
| 11 | Ruger P94 38023528 | " " | |
| 12 | Taurus PT1911 NAN25607 | " " | |
| 13 | Ruger LC9 32249077 | " " | |
| 14 | Heritage 22 Single Action Rev | " " | |
| 15 | Taurus 357 16184868 | " " | |
| 16 | Ruger 357 52004734 | " " | |
| 17 | Ruger 44 Mag 8421331 | " " | |
| 18 | S+V 500 CHZ1280 | " " | |
| 19 | Mossberg mod 88 MV942458 | living room | |

PAGE ____ OF ____