

Almond v Randolph County P199

