IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GREGORY JACK ALMOND, *et al.*, )
)
    Plaintiffs, )
)
v. ) Case No: 3:19-cv-175-RAH-KFP
)
LARRY CLARK, JR., *et al.*, )
)
    Defendants. )

## VERDICT FORM

### Illegal Search Claim (Gregory & Teresa Almond)

1. As to the illegal search claim, do you find that Plaintiff **Gregory Almond** should be awarded <u>compensatory damages</u> from and against Defendant Kevin Walker?

    Answer: **Yes** or **No**: ___Yes___
        If your answer is "Yes,"
        in what amount? ___$450,000.00___

        If your answer is "No," should Gregory Almond be awarded <u>nominal damages</u> of $1 against Defendant Kevin Walker?

        Your answer should be "Yes" or "No": _____

1

2. As to the illegal search claim, do you find that Plaintiff **Gregory Almond** should be awarded <u>punitive damages</u> from and against Defendant Kevin Walker?

    Answer: **Yes** or **No**: __No__

        If your answer is "Yes,"

            in what amount? _____

*****

3. As to the illegal search claim, do you find that Plaintiff **Teresa Almond** should be awarded <u>compensatory damages</u> from and against Defendant Kevin Walker?

    Answer: **Yes** or **No**: __Yes__

        If your answer is "Yes,"

            in what amount? $300,000.00

        If your answer is "No," should Teresa Almond be awarded <u>nominal damages</u> of $1 against Defendant Kevin Walker?

            Your answer should be "Yes" or "No": _____

4. As to the illegal search claim, do you find that Plaintiff **Teresa Almond** should be awarded <u>punitive damages</u> from and against Defendant Kevin Walker?

    Answer: **Yes** or **No**: __No__

        If your answer is "Yes,"

            in what amount? _____

# Excessive Force Claim (Gregory Almond Only)

1. Do you find that Defendant Larry Clark intentionally committed acts that violated **Gregory Almond's** right to be free from excessive force?

    Answer: **Yes** or **No**: __Yes__

    If your answer is "No," this ends your deliberations as to Gregory Almond's excessive force claim, and your foreperson should sign and date the last page of this verdict form.

    If your answer is "Yes," go to the next question.

2. Should Plaintiff **Gregory Almond** be awarded <u>compensatory</u> damages from and against Defendant Larry Clark?

    Answer: **Yes** or **No**: __Yes__

    If your answer is "Yes," in what amount? $__50,000.00__

    If your answer is "No," should Gregory Almond be awarded nominal damages of $1 from and against Larry Clark? Your answer should be "Yes" or "No." _____

3. Do you find that Plaintiff **Gregory Almond** should be awarded <u>punitive damages</u> from and against Defendant Larry Clark?

    Answer: **Yes** or **No**: __Yes__

    If your answer is "Yes," in what amount? $__200,000.00__

3

So Say We All.

Foreperson's Signature: *Gary M Davis*
Date: 1-25-24